# United States District Court
# For The Western District of North Carolina
# Charlotte Division

TOMMIE E. PARKS,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:09-CV-132

MECKLENBURG COUNTY
SUPERIOR COURT,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 23, 2009 Order.

Signed: April 23, 2009

Frank G. Johns, Clerk
United States District Court